UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 08-36132
JOHN E GUTKNECHT | (Chapter 13)
RICHELE M GUTKNECHT |
Debtors | JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040592**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 12/ 3 | EMC MORTGAGE CORPORATION<br>OH4-7119<br>3415 VISION DRIVE<br>COLUMBUS, OH  43219 | 13.03 |
| 12/ 102 | EMC MORTGAGE CORPORATION<br>OH4-7119<br>3415 VISION DRIVE<br>COLUMBUS, OH  43219 | 1,036.95 |
| 12/ 108 | EMC MORTGAGE CORPORATION<br>OH4-7119<br>3415 VISION DRIVE<br>COLUMBUS, OH  43219 | 982.80 |
| 12/ 109 | EMC MORTGAGE CORPORATION<br>OH4-7119<br>3415 VISION DRIVE<br>COLUMBUS, OH  43219 | 1,938.66 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/26/2010

Certificate of Service            08-36132

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JOHN E GUTKNECHT
RICHELE M GUTKNECHT
908 LESLIE COURT
MASON, OH  45040

PAUL J MINNILLO
2712 OBSERVATORY AVE
CINCINNATI, OH  45208

(89.1n)
EMC MORTGAGE CORP
BOX 829009
DALLAS, TX  75382

(3.3)
EMC MORTGAGE CORP
BOX 293150
LEWISVILLE, TX  75029

(3.1)
EMC MORTGAGE CORPORATION
OH4-7119
3415 VISION DRIVE
COLUMBUS, OH  43219

(3.4)
JOE M LOZANO JR
BOX 829009
DALLAS, TX  75382

(103.1n)
JOHN D CLUNK CO LPA
SCOTT P CIUPAK
5601 HUDSON DRIVE
HUDSON, OH  44236

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner            sv